**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| JERMAINE MCFARLAND, ) | |
| ) | |
|    Plaintiff, ) | Civil Action File No.: |
| ) | 4:16-cv-00305-CDL |
| v. ) | |
| ) | |
| DELTA CAREER EDUCATION ) | |
| CORPORATION d/b/a MILLER ) | |
| MOTTE COLLEGE, ) | |
| ) | |
|    Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Jermaine McFarland, ("Plaintiff") and Delta Career Education Corporation d/b/a Miller Motte College ("Delta") hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, his claim asserted against Delta in the above-styled action, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 4th day of May, 2017.


*[COUNSELS' SIGNATURES APPEAR ON FOLLOWING PAGE]*

*/s/Anthony D. Lehman*
Anthony D. Lehman
Georgia Bar No. 445798
Hudson Parrott Walker, LLC
3575 Piedmont Road, NE
Suite 850, Building 15
Atlanta, GA 30305
Telephone: (678) 701-2860
ALehman@HPWLegal.com
**Counsel for Defendant**

*/s/ Adam Klein*
Adam Klein
Georgia Bar No. 425032
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Telephone: (404) 235-3334
aklein@mattberry.com
**Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2017 I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

*/s/ Adam Klein*
Adam Klein
Georgia Bar No. 425032

## **CERTIFICATION**

The undersigned further certifies that this document has been prepared in accordance with the formatting requirements designated in Local Rule 5.1.

This 4th day of May, 2017.

*/s/ Adam Klein*
Adam Klein
Georgia Bar No. 425032